IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TOTAL GROW HOLDINGS, LLC, TG TECH HOLDINGS, LLC, AND TGC SYSTEMS, LLC, § § § § Plaintiffs, § § v. § § TENNESSEE EXTRACTS, LLC, LESLIE § HOUGH, JOSHUA BACKMAN, KEVIN § WOODS, AND MICHAEL SHEEHAN, § § Defendants. § | Civil Action No. 3:21-cv-354 |

## PROPOSED ORDER

Before the Court is Defendants Tennessee Extracts, LLC, Leslie Hough, Joshua Backman, Kevin Woods, and Michael Sheehan's (collectively, "Defendants," which are specially appearing) Motion to Transfer or, Alternatively, to Dismiss (the "Motion"). (Doc. ___.) After due consideration, the Court finds that the Motion should be GRANTED IN PART.

It is, therefore, ORDERED, ADJUDGED AND DECREED that, pursuant to the first-to-file rule, this action is hereby TRANSFERRED to the United States District Court for the Middle District of Tennessee.

ENTERED this ____ day of _____, 2022.

HON. JEFFREY V. BROWN
United States District Court Judge